UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

OUTSTATE MICHIGAN TROWEL TRADES
HEALTH AND WELFARE FUND, et al.,

    Plaintiffs,

v.                                       Case No. 11-12864

MAJOR CEMENT COMPANY, et al.

    Defendants.

                                     /

## ORDER OF DISMISSAL

        The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter.  The terms of their resolution will be memorialized in writing by the parties.  Accordingly,

        IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **March 1, 2012**, to vacate this order if the settlement is not finalized.  After **March 1, 2012**, this dismissal is with prejudice.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2012, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522